

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2022

No. 04-21-00284-CV

Ronald Dean **STRICKLAND**,
Appellant

v.

**IHEARTMEDIA**, Inc. and Stephen L. Schaefer,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVDO-21-0000063
Honorable M. Rex Emerson, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, the trial court's "Order Sustaining Defendants' iHeartMedia, Inc. and Stephen L. Schaefer's Contest of Plaintiff's Sworn Statement of Inability to Pay Costs of Appeal or Post Appeal Bond and Denying Plaintiff's Sworn Statement of Inability to Pay Costs of Appeal or Post Appeal Bond," signed on September 17, 2021, is REVERSED.

We ORDER that appellant Ronald Dean Strickland may proceed with this appeal without payment of filing fees or costs for the record.

We ORDER the court reporter to file within 30 days of the date of this order the reporter's record from the hearing held on July 13, 2021.

We ORDER that appellant's brief is due 30 days after the reporter's record is filed.

It is so **ORDERED** on March 9, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2022.

_____
Michael A. Cruz, Clerk of Court